**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James Terry LITTLE, Defendant–Appellant.**

No. 01–6917.

United States Court of Appeals, Fourth Circuit.

Submitted June 11, 2002.

Decided June 21, 2002.

James Terry Little, Appellant Pro Se. Angela Hewlett Miller, Office of the United States Attorney, Greensboro, North Carolina; David Bernard Smith, Greensboro, North Carolina, for Appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James Terry Little seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. *See San Miguel v. Dove,* 291 F.3d 257 (4th

Cir.2002). Although we grant leave to file a supplemental brief, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*